IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAAIYAH H. GOLDSTEIN, *Plaintiff pro se* | : : : | CIVIL ACTION |
| v. | : : | |
| PENNSYLVANIA STATE, *et al.* *Defendants* | : : | NO. 17-3859 |

# ORDER

AND NOW, this 17th day of October 2017, upon consideration of the motion to proceed *in forma pauperis* filed by Plaintiff Daaiyah H. Goldstein ("Plaintiff") and her *pro se* complaint, it is hereby **ORDERED** that:

1. Plaintiff's request to proceed *in forma pauperis* is **GRANTED**;

2. Pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and the reasons discussed in the Court's memorandum, Plaintiff's complaint is **DISMISSED**; and

3. The Clerk of Court is directed to marked this case CLOSED.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*